IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYLER CROCKER and ERICKA CROCKER, h/w | : | CIVIL ACTION |
| | : | |
| v. | : | |
| NATIONWIDE FREIGHT, INC., et al. | : | NO: 25-2307 |

# **O R D E R**

AND NOW, this    18th    day of November, 2025, upon consideration of Defendants renewed Motions to Enforce Subpoenas (Docs. 37-44), and for the reasons stated in the accompanying memorandum, IT IS HEREBY ORDERED that the motions are DENIED.

BY THE COURT:

/s/ Elizabeth T. Hey_____
ELIZABETH T. HEY, U.S.M.J.